IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DENISE P. CAMBS | : | CIVIL ACTION |
| | : | NO. 15-428 |
| | : | |
| v. | : | |
| | : | |
| AMERICAN EXPRESS COMPANY, INC. | : | |
| | : | |

**ORDER**

AND NOW on this 12th day of September, 2016, upon consideration of a motion by defendant, American Express Travel Related Services Company, Inc. i/s/h/a American Express Company, Inc. for a protective order and to quash a notice of deposition, Dkt. No. 45, plaintiff Denise P. Cambs' response, Dkt. No. 47, and defendant's reply, Dkt. No. 48, it is ORDERED that defendant's motion is GRANTED IN PART and DENIED IN PART as follows:

1. to the extent that defendant seeks to quash the Notice of Deposition of Ms. Anne M. Jerez-Weston, the motion is GRANTED and the Notice of Deposition is QUASHED;

2. to the extent that defendant seeks a protective order precluding plaintiff from seeking the deposition testimony of Anne M. Jerez-Weston or any other counsel or subordinate of counsel of American Express, the motion is DENIED; and

3. to the extent that defendant seeks a protective order limiting the scope of the deposition of defendant's corporate representative, the motion is DENIED.

In recognition that August 26, 2016 discovery deadline has passed, it is FURTHER ORDERED that the parties shall confer and agree upon a new discovery schedule to be filed on or before September 23, 2016.

*s/Thomas N. O'Neill, Jr.*
THOMAS N. O'NEILL, JR., J.
